

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00178-CV

| | | |
|---|---|---|
| YITZHAK WARGOCZ, Appellant | § | On Appeal from the 360th District Court |
| | § | of Tarrant County (360-617423-17) |
| V. | | |
| | § | October 11, 2018 |
| NICOL YONNE BREWER, Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
     Justice Lee Gabriel